AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing



# UNITED STATES DISTRICT COURT
for the
EASTERN District of TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 21 2014

DAVID J. MALAND, CLERK
BY
DEPUTY

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 4:14cr133 RAS/DDB |
| | ) | | |
| TERRY EUGENE CAMPBELL | ) | | |
| *Defendant* | ) | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | United States Courthouse 7940 Preston Road Plano, Texas 75024 before US Magistrate Judge Don D. Bush | Courtroom No.: | 108 |
|---|---|---|---|
| | | Date and Time: | Tuesday, August 26, 2014 at 10:30 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __Aug 21, 2014__

*Judge's signature*

Don D. Bush, United States Magistrate Judge

*Printed name and title*